J. W. COOPER v. J. C. M. BOGLE.

(Decided May 11, 1898.)

*Process, Service of on Non Resident Attending Court in this State as a Witness—Privilege.*

(For Syllabus see *Cooper* v. *Wyman, ante.*)

CIVIL ACTION heard before *Norwood, J.,* at Fall Term, 1897, of CHEROKEE Superior Court, on a motion to dismiss an action in which service of process was made upon the defendant while temporarily in this State in attendance upon Court as a witness. The motion was refused and defendant appealed.

*Messrs. Davidson & Jones* and *F. A. Sondley* for defendant (appellant).

No counsel *contra.*

*Per Curiam :* This case is governed by the decision in *Cooper* v. *Wyman*, from which it differs only in that the non-resident defendant herein was served with summons while attending court in this State as a witness only.

Appeal dismissed.